**EXHIBIT**

**C**

### BUSINESS RECORDS AFFIDAVIT

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF HARRIS | § |

BEFORE ME, the undersigned authority, personally appeared RICHARD GADROW, who, being by me duly sworn, deposed as follows:

"My name is RICHARD GADROW. I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated, which are true.

I am the custodian of records for QUANTUM CLAIM CONSULTING SERVICES.

Attached hereto are 36 pages of records from QUANTUM CLAIM CONSULTING SERVICES. These said 36 pages of records are kept by QUANTUM CLAIM CONSULTING SERVICES during the regular course of business, and it was the regular course of business of QUANTUM CLAIM CONSULTING SERVICES for an employee or representative of QUANTUM CLAIM CONSULTING SERVICES with knowledge of the act, event, condition, opinion, or diagnosis, recorded to make the record to transmit information thereof to be included in such record; and the record was made at or near the time or reasonably soon thereafter. The records attached hereto are the original or exact duplicates of the original."

Further Affiant Sayeth Not"

By: _____
    RICHARD GADROW

Subscribed and sworn to me the undersigned notary public on the _8th_ day of

_September_ , 20_21_.

_____
NOTARY PUBLIC, State of Texas
My commission expires: _Sept. 5, 2023_

WESLEY ELMORE
Notary ID #132161346
My Commission Expires
September 5, 2023

1

## Quantum Claim Consulting Services

30718 Meadow Edge Dr.
Magnolia TX 77354

| | |
|---|---|
| Client: | Ronnie Coleman |
| Property: | 3010 Deer Crossing |
| | Missouri City, TX 77459 |

Operator:     RICK.QCC

| | |
|---|---|
| Estimator: | QCC ESTIMATOR |
| Company: | Quantum Claim Consultants |
| Business: | 30718 Meadow Edge Dr. |
| | Magnolia , TX 77354 |

| | | |
|---|---|---|
| Type of Estimate: | <NONE> | |
| Date Entered: | 9/8/2021 | Date Assigned: |

| | |
|---|---|
| Price List: | TXHO8X_SEP21 |
| Labor Efficiency: | Restoration/Service/Remodel |
| Estimate: | DICKLAW-21410HOU |
| File Number: | DL21410HOU |

The following estimate is based upon a visual inspection of the above referenced property conducted in September of 2021. No destructive testing of any kind was performed during the inspection. This estimate is based on the current xactimate pricelist for the area and in accordance with general construction practices and applicable codes taken into account. We reserve the right to alter or modify our opinions and, by extension, this  estimate as new information becomes available. QCC Services is NOT a public adjusting firm we are an inspection and estimating firm contracted by  Others to provide a disinterested third party estimate for the repairs to the subject property caused by a covered peril as defined by Others.

**Quantum Claim Consulting Services**

30718 Meadow Edge Dr.
Magnolia TX 77354

**DICKLAW-21410HOU**

| **Roof** | | | | | | |
|---|---|---|---|---|---|---|
| **DESCRIPTION** | **QTY** | **REMOVE** | **REPLACE** | **TAX** | **O&P** | **TOTAL** |
| Remove Laminated - comp. shingle rfg. - w/ felt | 34.45 SQ | 63.41 | 0.00 | 0.00 | 458.74 | 2,643.21 |

Includes: Dump fees, hauling, disposal, and labor to remove composition shingles and felt.
Note: If additional layers are to be removed and disposed of, use additional item RFG ADDRMV. Removal cost is based on hauling done with contractor's own equipment. If haul off is to be estimated separately or if the removal is being estimated with a dumpster (DMO DUMP*) or other equipment, use item RFG ARMVN.
No life expectancy data

| | | | | | | |
|---|---|---|---|---|---|---|
| Remove Additional charge for steep roof - 7/12 to 9/12 slope | 32.35 SQ | 16.05 | 0.00 | 0.00 | 109.03 | 628.25 |
| Additional charge for steep roof - 7/12 to 9/12 slope | 32.35 SQ | 0.00 | 38.19 | 0.00 | 259.45 | 1,494.90 |
| Roofing felt - 15 lb. | 34.45 SQ | 0.00 | 25.84 | 14.44 | 189.97 | 1,094.60 |
| Asphalt starter - peel and stick | 221.40 LF | 0.00 | 1.94 | 12.24 | 92.77 | 534.53 |

Within Xactimate price lists, the replace (+) activities for composition roofing shingles (RFG2* / RFG3 / RFG4 / RFG5*) do not include any assumptions for hip and ridge cap shingles, starter shingles, drip edge, valley metal, other flashings, pipe jacks, or roofing vents. Each roofing accessory type is available within the Xactimate price lists as a separate line item (e.g., see RFG ASTR, RFG DRIP, RFG RIDGC*, etc.).

| | | | | | | |
|---|---|---|---|---|---|---|
| Laminated - comp. shingle rfg. - w/out felt | 39.67 SQ | 0.00 | 215.30 | 366.68 | 1,870.62 | 10,778.25 |

Includes: Laminated composition shingles, roofing nails, and installation labor.
Excludes: Roofing felt underlayment.
Quality: Average grade laminated (double layer shingle, 3 dimensional), with a 30 year or limited lifetime warranty, and a class A fire rating. Weight range between 235 and 280 Lbs/SQ. (Due to advancements in material technology, weight alone is not an adequate indicator of shingle quality.)
Reference: Xactware publishes prices as close to the mid-point of the market as possible. As a result, generally half of the providers in each market will be priced higher, and half lower than the cost shown here. Due to the structure at which different roofing companies operate (traditional sub-contractors vs. roofing sales organizations) roofing costs quoted by local providers can cover a very broad / large range of prices.
Green: LEED considers light colored shingles to be green when meeting the requirements for Heat Island Reduction credit.
Note: The roofing material component used for this grade of shingle reflects the typical actual square foot coverage per square of purchased shingles as listed by major shingle manufacturers. Roofing material components are surveyed as a "roof-stocked" price (as opposed to in-store shelf price). Consideration may be needed for situations such as abnormal material delivery/pick-up, delivery outside of normal range, small material quantities, etc. that result in additional costs. The estimator should verify that the material allowance is sufficient for the actual material and associated delivery costs.
Average life expectancy 30 years
Average depreciation 3.33% per year
Maximum depreciation 100%

| | | | | | | |
|---|---|---|---|---|---|---|
| Roof vent - turtle type - Metal | 2.00 EA | 0.00 | 50.14 | 2.53 | 21.59 | 124.40 |

Within Xactimate price lists, the replace (+) activities for composition roofing shingles (RFG2* / RFG3 / RFG4 / RFG5*) do not include any assumptions for hip and ridge cap shingles, starter shingles, drip edge, valley metal, other flashings, pipe jacks, or roofing vents. Each roofing accessory type is available within the Xactimate price lists as a separate line item (e.g., see RFG ASTR, RFG DRIP, RFG RIDGC*, etc.).

| | | | | | | |
|---|---|---|---|---|---|---|
| Valley metal | 49.14 LF | 0.00 | 4.51 | 6.49 | 47.90 | 276.01 |

Within Xactimate price lists, the replace (+) activities for composition roofing shingles (RFG2* / RFG3 / RFG4 / RFG5*) do not include any assumptions for hip and ridge cap shingles, starter shingles, drip edge, valley metal, other flashings, pipe jacks, or roofing vents. Each roofing accessory type is available within the Xactimate price lists as a separate line item (e.g., see RFG ASTR, RFG DRIP, RFG RIDGC*, etc.).

| | | | | | | |
|---|---|---|---|---|---|---|
| Remove Ridge cap - composition shingles | 193.27 LF | 2.24 | 0.00 | 0.00 | 90.91 | 523.83 |
| Ridge cap - composition shingles | 193.27 LF | 0.00 | 3.37 | 13.71 | 139.66 | 804.69 |

**Quantum Claim Consulting Services**

30718 Meadow Edge Dr.
Magnolia TX 77354

**CONTINUED - Roof**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| Within Xactimate price lists, the replace (+) activities for composition roofing shingles (RFG2* / RFG3 / RFG4 / RFG5*) do not include any assumptions for hip and ridge cap shingles, starter shingles, drip edge, valley metal, other flashings, pipe jacks, or roofing vents. Each roofing accessory type is available within the Xactimate price lists as a separate line item (e.g., see RFG ASTR, RFG DRIP, RFG RIDGC*, etc.). | | | | | | |
| Remove Drip edge/gutter apron | 308.06 LF | 0.32 | 0.00 | 0.00 | 20.70 | 119.28 |
| Drip edge/gutter apron | 308.06 LF | 0.00 | 2.07 | 19.32 | 137.98 | 794.98 |
| Within Xactimate price lists, the replace (+) activities for composition roofing shingles (RFG2* / RFG3 / RFG4 / RFG5*) do not include any assumptions for hip and ridge cap shingles, starter shingles, drip edge, valley metal, other flashings, pipe jacks, or roofing vents. Each roofing accessory type is available within the Xactimate price lists as a separate line item (e.g., see RFG ASTR, RFG DRIP, RFG RIDGC*, etc.). | | | | | | |
| Remove Flashing - pipe jack - lead | 8.00 EA | 6.75 | 0.00 | 0.00 | 11.34 | 65.34 |
| Flashing - pipe jack - lead | 8.00 EA | 0.00 | 58.12 | 21.12 | 102.08 | 588.16 |
| Within Xactimate price lists, the replace (+) activities for composition roofing shingles (RFG2* / RFG3 / RFG4 / RFG5*) do not include any assumptions for hip and ridge cap shingles, starter shingles, drip edge, valley metal, other flashings, pipe jacks, or roofing vents. Each roofing accessory type is available within the Xactimate price lists as a separate line item (e.g., see RFG ASTR, RFG DRIP, RFG RIDGC*, etc.). | | | | | | |
| Remove Exhaust cap - through roof - 6" to 8" | 2.00 EA | 8.62 | 0.00 | 0.00 | 3.62 | 20.86 |
| Exhaust cap - through roof - 6" to 8" | 2.00 EA | 0.00 | 74.05 | 5.32 | 32.22 | 185.64 |
| Within Xactimate price lists, the replace (+) activities for composition roofing shingles (RFG2* / RFG3 / RFG4 / RFG5*) do not include any assumptions for hip and ridge cap shingles, starter shingles, drip edge, valley metal, other flashings, pipe jacks, or roofing vents. Each roofing accessory type is available within the Xactimate price lists as a separate line item (e.g., see RFG ASTR, RFG DRIP, RFG RIDGC*, etc.). | | | | | | |
| Remove Rain cap - 4" to 5" | 2.00 EA | 4.79 | 0.00 | 0.00 | 2.01 | 11.59 |
| Rain cap - 4" to 5" | 2.00 EA | 0.00 | 30.08 | 2.56 | 13.18 | 75.90 |
| Within Xactimate price lists, the replace (+) activities for composition roofing shingles (RFG2* / RFG3 / RFG4 / RFG5*) do not include any assumptions for hip and ridge cap shingles, starter shingles, drip edge, valley metal, other flashings, pipe jacks, or roofing vents. Each roofing accessory type is available within the Xactimate price lists as a separate line item (e.g., see RFG ASTR, RFG DRIP, RFG RIDGC*, etc.). | | | | | | |
| Digital satellite system - Detach & reset | 1.00 EA | 0.00 | 30.70 | 0.00 | 6.45 | 37.15 |
| Digital satellite system - alignment and calibration only | 1.00 EA | 0.00 | 92.06 | 0.00 | 19.34 | 111.40 |
| Remove Continuous ridge vent - shingle-over style | 8.00 LF | 0.96 | 0.00 | 0.00 | 1.62 | 9.30 |
| Continuous ridge vent - shingle-over style | 8.00 LF | 0.00 | 8.05 | 2.31 | 14.00 | 80.71 |
| Remove Sheathing - plywood - 1/2" CDX | 1,205.75 SF | 0.65 | 0.00 | 0.00 | 164.58 | 948.32 |
| Sheathing - plywood - 1/2" CDX | 1,205.75 SF | 0.00 | 2.94 | 172.09 | 780.57 | 4,497.57 |
| Step flashing | 46.49 LF | 0.00 | 8.53 | 5.91 | 84.52 | 486.99 |
| Remove Flashing, 14" wide | 10.50 LF | 0.68 | 0.00 | 0.00 | 1.50 | 8.64 |
| Flashing, 14" wide | 10.50 LF | 0.00 | 3.76 | 1.36 | 8.58 | 49.42 |
| Clean fascia | 308.06 LF | 0.00 | 0.73 | 22.45 | 47.23 | 294.56 |
| Prime & paint exterior fascia - wood, 4"- 6" wide | 308.06 LF | 0.00 | 2.90 | 3.81 | 188.41 | 1,085.59 |
| Clean soffit - wood | 462.09 SF | 0.00 | 0.39 | 18.41 | 37.92 | 236.55 |
| Prime & paint exterior soffit - wood | 462.09 SF | 0.00 | 1.96 | 14.11 | 193.16 | 1,112.97 |

## Quantum Claim Consulting Services

30718 Meadow Edge Dr.
Magnolia TX 77354

### CONTINUED - Roof

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| Totals: Roof | | | | 704.86 | 5,151.65 | 29,723.59 |

### Exterior

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| Remove Gutter / downspout - aluminum - up to 5" | 412.08 LF | 0.58 | 0.00 | 0.00 | 50.19 | 289.20 |
| Gutter / downspout - aluminum - up to 5" | 412.08 LF | 0.00 | 7.15 | 126.13 | 645.22 | 3,717.72 |
| Remove Wood fence 5'- 6' high - cedar or equal | 284.75 LF | 7.17 | 0.00 | 0.00 | 428.75 | 2,470.41 |
| Wood fence 5'- 6' high - cedar or equal | 284.75 LF | 0.00 | 33.30 | 505.31 | 2,097.37 | 12,084.86 |
| Totals: Exterior | | | | 631.44 | 3,221.53 | 18,562.19 |



**Master**        LxWxH 8' 8" x 5' 1" x 8'

| | |
|---|---|
| 220.00 SF Walls | 44.06 SF Ceiling |
| 264.06 SF Walls & Ceiling | 44.06 SF Floor |
| 4.90 SY Flooring | 27.50 LF Floor Perimeter |
| 27.50 LF Ceil. Perimeter | 40.67 SF Short Wall |



**Subroom 1: Offset 1**        LxWxH 10' x 8' 8" x 8'

| | |
|---|---|
| 298.67 SF Walls | 86.67 SF Ceiling |
| 385.33 SF Walls & Ceiling | 86.67 SF Floor |
| 9.63 SY Flooring | 37.33 LF Floor Perimeter |
| 37.33 LF Ceil. Perimeter | 69.33 SF Short Wall |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| Contents - move out then reset - Large room | 1.00 EA | 0.00 | 86.27 | 0.00 | 18.12 | 104.39 |
| Floor protection - cardboard and tape | 130.72 SF | 0.00 | 0.57 | 2.59 | 16.20 | 93.30 |
| Remove Baseboard - 2 1/4" | 64.83 LF | 0.48 | 0.00 | 0.00 | 6.53 | 37.65 |
| Baseboard - 2 1/4" | 64.83 LF | 0.00 | 2.98 | 5.03 | 41.62 | 239.84 |
| Paint baseboard - two coats | 64.83 LF | 0.00 | 1.28 | 0.64 | 17.56 | 101.18 |
| Scrape the walls and ceiling & prep for paint | 649.39 SF | 0.00 | 0.57 | 0.54 | 77.85 | 448.54 |

## Quantum Claim Consulting Services

30718 Meadow Edge Dr.
Magnolia TX 77354

**CONTINUED - Master**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| Texture drywall - light hand texture | 649.39 SF | 0.00 | 0.82 | 2.68 | 112.40 | 647.58 |
| Seal/prime then paint the walls and ceiling (2 coats) | 649.39 SF | 0.00 | 0.87 | 9.11 | 120.56 | 694.64 |
| Mask and prep for paint - tape only (per LF) | 194.50 LF | 0.00 | 0.54 | 0.64 | 22.18 | 127.85 |
| Apply anti-microbial agent to the floor | 130.72 SF | 0.00 | 0.26 | 3.74 | 7.21 | 44.94 |
| Drywall - Labor Minimum | 1.00 EA | 0.00 | 513.84 | 0.00 | 107.90 | 621.74 |
| Insulation - Labor Minimum | 1.00 EA | 0.00 | 155.85 | 0.00 | 32.73 | 188.58 |
| Totals: Master | | | | 24.97 | 580.86 | 3,350.23 |



| **Loft** | | **LxWxH 23' 3" x 14' 3" x 8'** |
|---|---|---|
| 600.00 SF Walls | | 331.31 SF Ceiling |
| 931.31 SF Walls & Ceiling | | 331.31 SF Floor |
| 36.81 SY Flooring | | 75.00 LF Floor Perimeter |
| 75.00 LF Ceil. Perimeter | | 114.00 SF Short Wall |



| **Subroom 1: Offset 1** | | **LxWxH 10' 8" x 10' 1" x 8'** |
|---|---|---|
| 332.00 SF Walls | | 107.56 SF Ceiling |
| 439.56 SF Walls & Ceiling | | 107.56 SF Floor |
| 11.95 SY Flooring | | 41.50 LF Floor Perimeter |
| 41.50 LF Ceil. Perimeter | | 80.67 SF Short Wall |



| **Subroom 2: Offset 2** | | **LxWxH 6' 8" x 2' 5" x 17'** |
|---|---|---|
| 308.83 SF Walls | | 16.11 SF Ceiling |
| 324.94 SF Walls & Ceiling | | 16.11 SF Floor |
| 1.79 SY Flooring | | 18.17 LF Floor Perimeter |
| 18.17 LF Ceil. Perimeter | | 41.08 SF Short Wall |

## Quantum Claim Consulting Services

30718 Meadow Edge Dr.
Magnolia TX 77354

### CONTINUED - Loft



| Subroom 3: Offset 3 | | | | | LxWxH 7' 6'' x 4' x 8' | |
|---|---|---|---|---|---|---|

| 184.00 SF Walls | 30.00 SF Ceiling |
|---|---|
| 214.00 SF Walls & Ceiling | 30.00 SF Floor |
| 3.33 SY Flooring | 23.00 LF Floor Perimeter |
| 23.00 LF Ceil. Perimeter | 32.00 SF Short Wall |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| Contents - move out then reset - Large room | 1.00 EA | 0.00 | 86.27 | 0.00 | 18.12 | 104.39 |
| Floor protection - cardboard and tape | 484.98 SF | 0.00 | 0.57 | 9.60 | 60.07 | 346.11 |
| Remove Baseboard - 2 1/4" | 157.67 LF | 0.48 | 0.00 | 0.00 | 15.90 | 91.58 |
| Baseboard - 2 1/4" | 157.67 LF | 0.00 | 2.98 | 12.23 | 101.25 | 583.34 |
| Paint baseboard - two coats | 157.67 LF | 0.00 | 1.28 | 1.56 | 42.71 | 246.09 |
| Scrape the walls and ceiling & prep for paint | 1,909.81 SF | 0.00 | 0.57 | 1.58 | 228.94 | 1,319.11 |
| Texture drywall - light hand texture | 1,909.81 SF | 0.00 | 0.82 | 7.88 | 330.52 | 1,904.44 |
| Seal/prime then paint the walls and ceiling (2 coats) | 1,909.81 SF | 0.00 | 0.87 | 26.79 | 354.55 | 2,042.87 |
| Mask and prep for paint - tape only (per LF) | 473.00 LF | 0.00 | 0.54 | 1.56 | 53.97 | 310.95 |
| Apply anti-microbial agent to the floor | 484.98 SF | 0.00 | 0.26 | 13.91 | 26.73 | 166.73 |
| Drywall - Labor Minimum | 1.00 EA | 0.00 | 513.84 | 0.00 | 107.90 | 621.74 |
| Insulation - Labor Minimum | 1.00 EA | 0.00 | 155.85 | 0.00 | 32.73 | 188.58 |
| Totals: Loft | | | | 75.11 | 1,373.39 | 7,925.93 |



| Living Room | | | | Formula Sloped Ceiling 24' 8'' x 16' x 17' | |
|---|---|---|---|---|---|

| 1,016.67 SF Walls | 452.82 SF Ceiling |
|---|---|
| 1,469.49 SF Walls & Ceiling | 394.67 SF Floor |
| 43.85 SY Flooring | 81.33 LF Floor Perimeter |
| 86.05 LF Ceil. Perimeter | |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| Contents - move out then reset - Large room | 1.00 EA | 0.00 | 86.27 | 0.00 | 18.12 | 104.39 |
| Floor protection - cardboard and tape | 394.67 SF | 0.00 | 0.57 | 7.81 | 48.89 | 281.66 |
| Remove Baseboard - 2 1/4" | 81.33 LF | 0.48 | 0.00 | 0.00 | 8.19 | 47.23 |

## Quantum Claim Consulting Services

30718 Meadow Edge Dr.
Magnolia TX 77354

### CONTINUED - Living Room

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| Baseboard - 2 1/4" | 81.33 LF | 0.00 | 2.98 | 6.31 | 52.22 | 300.89 |
| Paint baseboard - two coats | 81.33 LF | 0.00 | 1.28 | 0.81 | 22.03 | 126.94 |
| Scrape the walls and ceiling & prep for paint | 1,469.49 SF | 0.00 | 0.57 | 1.21 | 176.15 | 1,014.97 |
| Texture drywall - light hand texture | 1,469.49 SF | 0.00 | 0.82 | 6.06 | 254.33 | 1,465.37 |
| Seal/prime then paint the walls and ceiling (2 coats) | 1,469.49 SF | 0.00 | 0.87 | 20.61 | 272.81 | 1,571.88 |
| Mask and prep for paint - tape only (per LF) | 258.15 LF | 0.00 | 0.54 | 0.85 | 29.45 | 169.70 |
| Apply anti-microbial agent to the floor | 394.67 SF | 0.00 | 0.26 | 11.33 | 21.76 | 135.70 |
| Drywall - Labor Minimum | 1.00 EA | 0.00 | 513.84 | 0.00 | 107.90 | 621.74 |
| Insulation - Labor Minimum | 1.00 EA | 0.00 | 155.85 | 0.00 | 32.73 | 188.58 |
| Totals: Living Room | | | | 54.99 | 1,044.58 | 6,029.05 |

### General

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| Residential Supervision / Project Management - per hour | 60.00 HR | 0.00 | 70.80 | 0.00 | 892.08 | 5,140.08 |

When Xactware performs market research on unit prices, those surveyed are specifically asked to not include expenses that would be included in the General Overhead and Profit markup percentages (item #1 below).

• General Overhead are expenses incurred by a General Contractor, that cannot be attributed to individual projects, and include any and all expenses necessary for the General Contractor to operate their business. Examples (including but not limited to): General and Administrative (G&A) expenses, office rent, utilities, office supplies, salaries for office personnel, depreciation on office equipment, licenses, and advertising. Including General Overhead expenses in an Xactimate estimate–General Overhead expenses are not included in Xactware's unit pricing, but are typically added to the estimate as a percentage of the total bid along with the appropriate profit margin. These two costs together constitute what is normally referred to in the insurance restoration industry as General Contractor's O&P, or just O&P. General Overhead and Profit percentages can be added in the Estimate Parameters window within an Xactimate estimate.

• Job-Related Overhead are expenses that can be attributed to a project, but cannot be attributed to a specific task and include any and all necessary expenses to complete the project other than direct materials and labor. Examples (including but not limited to): Project managers, onsite portable offices and restroom facilities, temporary power and fencing, security if needed, etc.

Including Job-Related Overhead expenses in an Xactimate estimate–Job Related Overhead expenses should be added as separate line items to the Xactimate estimate. This is done within the Line Item Entry window of an Xactimate estimate by selecting the proper price list items.

| | | | | | | |
|---|---|---|---|---|---|---|
| General Laborer - per hour | 30.00 HR | 0.00 | 39.03 | 0.00 | 245.89 | 1,416.79 |

** NOTE: 1926.502(h)(1) - The employer shall designate a competent person to monitor the safety of other employees and the employer shall ensure that the safety monitor complies with the following requirements.

| | | | | | | |
|---|---|---|---|---|---|---|
| Dumpster load - Approx. 12 yards, 1-3 tons of debris | 2.00 EA | 487.63 | 0.00 | 0.00 | 204.81 | 1,180.07 |
| Fall protection harness and lanyard - per day | 48.00 DA | 0.00 | 9.68 | 0.00 | 97.57 | 562.21 |

1926.501(b) (13) - "Residential construction." Each employee engaged in residential construction activities 6 feet (1.8 m) or more above lower levels shall be protected by guardrail systems, safety net system, or personal fall arrest system unless another provision in paragraph (b) of this section provides for an alternative fall protection measure.

| | | | | | | |
|---|---|---|---|---|---|---|
| Temporary toilet - Minimum rental charge | 1.00 EA | 0.00 | 130.18 | 0.00 | 27.34 | 157.52 |

**Quantum Claim Consulting Services**

30718 Meadow Edge Dr.
Magnolia TX 77354

**CONTINUED - General**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 1926.51 (c)(2) - Under temporary field conditions, provisions shall be made to assure not less than one toilet facility is available: | | | | | | |
| Telehandler/forklift (per week) - no operator | 1.00 WK | 0.00 | 961.95 | 0.00 | 202.02 | 1,163.97 |
| 1926.1053 (b)(22) - An employee shall not carry any object or load that could cause the employee to lose balance and fall. – (Forklift) | | | | | | |
| Equipment Operator - per hour | 8.00 HR | 0.00 | 63.53 | 0.00 | 106.73 | 614.97 |
| 1910.178 (l)(1)(i) - The employer shall ensure that each powered industrial truck operator is competent to operate a powered industrial truck safely, as demonstrated by the successful completion of the training and evaluation specified in this paragraph (l) – (Forklift) | | | | | | |
| 1926.1053 (b)(22) - An employee shall not carry any object or load that could cause the employee to lose balance and fall. – (Forklift) | | | | | | |
| Totals:  General | | | | 0.00 | 1,776.44 | 10,235.61 |
| **Line Item Totals: DICKLAW-21410HOU** | | | | **1,491.37** | **13,148.45** | **75,826.60** |

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 2,960.17 | SF Walls | 1,068.52 | SF Ceiling | 4,028.69 | SF Walls and Ceiling |
| 1,010.37 | SF Floor | 112.26 | SY Flooring | 303.83 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 377.75 | SF Short Wall | 308.55 | LF Ceil. Perimeter |
| | | | | | |
| 0.00 | Floor Area | 0.00 | Total Area | 0.00 | Interior Wall Area |
| 0.00 | Exterior Wall Area | 0.00 | Exterior Perimeter of Walls | | |
| | | | | | |
| 0.00 | Surface Area | 0.00 | Number of Squares | 0.00 | Total Perimeter Length |
| 0.00 | Total Ridge Length | 0.00 | Total Hip Length | | |

## Quantum Claim Consulting Services

30718 Meadow Edge Dr.
Magnolia TX 77354

## Summary

| | |
|---|---|
| Line Item Total | 61,186.78 |
| Material Sales Tax | 1,421.53 |
| Cleaning Mtl Tax | 2.88 |
| Subtotal | 62,611.19 |
| Overhead | 6,261.16 |
| Profit | 6,887.29 |
| Cleaning Sales Tax | 66.96 |
| **Replacement Cost Value** | **$75,826.60** |
| **Net Claim** | **$75,826.60** |

_____
QCC ESTIMATOR

## Quantum Claim Consulting Services

30718 Meadow Edge Dr.
Magnolia TX 77354

### Recap of Taxes, Overhead and Profit

| | Overhead (10%) | Profit (10%) | Material Sales Tax (8.25%) | Cleaning Mtl Tax (8.25%) | Cleaning Sales Tax (8.25%) | Manuf. Home Tax (5%) | Storage Rental Tax (8.25%) | Total Tax (8.25%) |
|---|---|---|---|---|---|---|---|---|
| **Line Items** | | | | | | | | |
| | 6,261.16 | 6,887.29 | 1,421.53 | 2.88 | 66.96 | 0.00 | 0.00 | 0.00 |
| **Total** | **6,261.16** | **6,887.29** | **1,421.53** | **2.88** | **66.96** | **0.00** | **0.00** | **0.00** |

## Quantum Claim Consulting Services

30718 Meadow Edge Dr.
Magnolia TX 77354

## Recap by Room

**Estimate: DICKLAW-21410HOU**

|  |  |  |
|---|---|---|
| **Roof** | **23,867.08** | **39.01%** |
| **Exterior** | **14,709.22** | **24.04%** |
| **Master** | **2,744.40** | **4.49%** |
| **Loft** | **6,477.43** | **10.59%** |
| **Living Room** | **4,929.48** | **8.06%** |
| **General** | **8,459.17** | **13.83%** |
| **Subtotal of Areas** | **61,186.78** | **100.00%** |
| **Total** | **61,186.78** | **100.00%** |

**Quantum Claim Consulting Services**

30718 Meadow Edge Dr.
Magnolia TX 77354

## Recap by Category

| O&P Items | Total | % |
|---|---:|---:|
| CLEANING | 405.10 | 0.53% |
| CONTENT MANIPULATION | 258.81 | 0.34% |
| GENERAL DEMOLITION | 7,516.34 | 9.91% |
| DRYWALL | 4,845.04 | 6.39% |
| ELECTRICAL - SPECIAL SYSTEMS | 122.76 | 0.16% |
| HEAVY EQUIPMENT | 1,470.19 | 1.94% |
| FENCING | 9,482.18 | 12.51% |
| FINISH CARPENTRY / TRIMWORK | 905.41 | 1.19% |
| INSULATION | 467.55 | 0.62% |
| LABOR ONLY | 5,418.90 | 7.15% |
| PAINTING | 9,065.04 | 11.95% |
| ROOFING | 17,425.58 | 22.98% |
| SCAFFOLDING | 464.64 | 0.61% |
| SOFFIT, FASCIA, & GUTTER | 2,946.37 | 3.89% |
| TEMPORARY REPAIRS | 130.18 | 0.17% |
| WATER EXTRACTION & REMEDIATION | 262.69 | 0.35% |
| O&P Items Subtotal | 61,186.78 | 80.69% |
| Material Sales Tax | 1,421.53 | 1.87% |
| Cleaning Mtl Tax | 2.88 | 0.00% |
| Overhead | 6,261.16 | 8.26% |
| Profit | 6,887.29 | 9.08% |
| Cleaning Sales Tax | 66.96 | 0.09% |
| **Total** | **75,826.60** | **100.00%** |

**Quantum Claim Consulting Services**

30718 Meadow Edge Dr.
Magnolia TX 77354



1        1-IMG_1268                    Date Taken: 9/1/2021

**Quantum Claim Consulting Services**

30718 Meadow Edge Dr.
Magnolia TX 77354



2       2-IMG_1269                              Date Taken: 9/1/2021

**Quantum Claim Consulting Services**

30718 Meadow Edge Dr.
Magnolia TX 77354



3        3-IMG_1270                    Date Taken: 9/1/2021

**Quantum Claim Consulting Services**

30718 Meadow Edge Dr.
Magnolia TX 77354



4        4-IMG_1271                    Date Taken: 9/1/2021

**Quantum Claim Consulting Services**

30718 Meadow Edge Dr.
Magnolia TX 77354



5        5-IMG_1272                    Date Taken: 9/1/2021

**Quantum Claim Consulting Services**

30718 Meadow Edge Dr.
Magnolia TX 77354



6        6-IMG_1273                    Date Taken: 9/1/2021

**Quantum Claim Consulting Services**

30718 Meadow Edge Dr.
Magnolia TX 77354



7        7-IMG_1274                        Date Taken: 9/1/2021

**Quantum Claim Consulting Services**

30718 Meadow Edge Dr.
Magnolia TX 77354



8       8-IMG_1275                    Date Taken: 9/1/2021

**Quantum Claim Consulting Services**

30718 Meadow Edge Dr.
Magnolia TX 77354



9        9-IMG_1276                          Date Taken: 9/1/2021

**Quantum Claim Consulting Services**

30718 Meadow Edge Dr.
Magnolia TX 77354



10      10-IMG_1277                    Date Taken: 9/1/2021

**Quantum Claim Consulting Services**

30718 Meadow Edge Dr.
Magnolia TX 77354



11        11-IMG_1278                    Date Taken: 9/1/2021

**Quantum Claim Consulting Services**

30718 Meadow Edge Dr.
Magnolia TX 77354



12        12-IMG_1279                    Date Taken: 9/1/2021

**Quantum Claim Consulting Services**

30718 Meadow Edge Dr.
Magnolia TX 77354



13    13-IMG_1280                    Date Taken: 9/1/2021

**Quantum Claim Consulting Services**

30718 Meadow Edge Dr.
Magnolia TX 77354



14        14-IMG_1281                    Date Taken: 9/1/2021

**Quantum Claim Consulting Services**

30718 Meadow Edge Dr.
Magnolia TX 77354



15      15-IMG_1282                    Date Taken: 9/1/2021

**Quantum Claim Consulting Services**

30718 Meadow Edge Dr.
Magnolia TX 77354



16        16-IMG_1283                    Date Taken: 9/1/2021

**Quantum Claim Consulting Services**

30718 Meadow Edge Dr.
Magnolia TX 77354



17      17-IMG_1284                    Date Taken: 9/1/2021

**Quantum Claim Consulting Services**

30718 Meadow Edge Dr.
Magnolia TX 77354



18     18-IMG_1285          Date Taken: 9/1/2021

**Quantum Claim Consulting Services**

30718 Meadow Edge Dr.
Magnolia TX 77354



19      19-IMG_1286                    Date Taken: 9/1/2021

**Quantum Claim Consulting Services**

30718 Meadow Edge Dr.
Magnolia TX 77354



20      20-IMG_1287                    Date Taken: 9/1/2021

**Quantum Claim Consulting Services**

30718 Meadow Edge Dr.
Magnolia TX 77354



21      21-IMG_1288                    Date Taken: 9/1/2021

**Quantum Claim Consulting Services**

30718 Meadow Edge Dr.
Magnolia TX 77354



22        22-IMG_1289                    Date Taken: 9/1/2021

**Quantum Claim Consulting Services**

30718 Meadow Edge Dr.
Magnolia TX 77354



23    23-IMG_1290               Date Taken: 9/1/2021

# Report Index

Coversheet                          1

Operator Info                       1

Estimator Info                      1

Dates                               1

Price List And Estimate Info        1

Opening Statement                   1

Line Item Detail                    2

Grand Total Areas                   8

Summary                             9

Summary Of Add-Ons                  10

Recap By Room                       11

Recap By Category                   12

Images                              13